No. 63577.—Maximlock, Ltd., and Maximlock Co. v. United States, protests 306642–K and 318964–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of iron or steel rivets the same as those the subject of *Brammer Vee Link Belting, Inc.* v. *United States* (40 Cust. Ct. 1, C.D. 1947), the claim of the plaintiffs was sustained.

No. 63578.—United China & Glass Company v. United States, protest 58/20816 (San Francisco).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the frames in question are composed of wood and not of iron, the claim of the plaintiff was sustained.